# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re  Ivan D. Mejia
       Alejandra M. Estrada _____   Case No. _____
                              Debtor(s)                Chapter  7

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION OF PETITIONER

I [We] __Ivan D. Mejia and Alejandra M. Estrada__, *hereby declare(s) under penalty of perjury* that all of the information contained in my _____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: October 17, 2008

Signed: _____
        Ivan D. Mejia
        (Affiant)

        _____
        Alejandra M. Estrada
        (Joint Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: October 17, 2008

Signed: _____
        Louis S. Haskell
        Attorney for Affiant