# United States Bankruptcy Court
### District of Massachusetts

In re: Ivan D. Mejia, Alejandra M Estrada, Debtor(s)

Case No. 08-43347
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: October 24, 2008

/s/ Ivan D. Mejia
Ivan D. Mejia
Signature of Debtor

Date: October 24, 2008

/s/ Alejandra M Estrada
Alejandra M Estrada
Signature of Debtor

```
ADVANCED CALL CENTER TECH
P.O. BOX 8457
JOHNSON CITY, TN 37615

BANK OF AMERICA
P.O BOX 15726
WILMINGTON, DE 19886-5726

CHASE
P.O. BOX 15153
WILMINGTON, DE 19886-5153

CITY OF LOWELL
TREASURER'S OFFICE
P.O. BOX 368
LOWELL, MA 01853-0368

COUNTRYWIDE HOME LOAN
PO BOX 660694
DALLAS, TX 75266-0694

DELL FINANCIAL SERVICES
P.O. BOX 6403
CAROL STREAM, IL 60197-6403

DIGITAL FEDERAL CREDIT
220 DONALD LYNCH BLVD
P.O. BOX 9130
MARLBOROUGH, MA 01752-9130

ENCORE RECEIVABLE MANAGE.
P.O. BOX 47248
OAK PARK, MI 48237

GMAC
PROCESSING CENTER
P.O. BOX 830069
BALTIMORE, MD 21283-0069

HARMON LAW OFFICES, P.C.
150 CALIFORNIA STREET
NEWTON, MA 02458

JEANNE D'ARC CREDIT UNION
P.O. BOX  1238
LOWELL, MA 01853

JEANNE D'ARC CREDIT UNION
658 MERRIMACK STREET
LOWELL, MA 01852

JEANNE D'ARC CREDIT UNION
C/O VISA
P.O. BOX 31279
TAMPA, FL 33631-3279
```