OFFICIAL FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **08−43347 jbr**

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/17/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ivan D. Mejia<br>aka Ivan D Mejia−Yepes<br>15 Clare Street, Apt #2<br>Lowell, MA 01854 | Alejandra M Estrada<br>aka Alejandra M Estrada−Alvarez<br>934 Westford Street<br>Lowell, MA 01851 |
| Case Number:<br>08−43347 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5065<br>xxx−xx−2790 |
| Attorney for Debtor(s) (name and address):<br>Louis S. Haskell<br>Law Office of Louis S. Haskell<br>16 Pine Street<br>Suite 2<br>Lowell, MA 01851<br>Telephone number: (978) 459−8359 | Bankruptcy Trustee (name and address):<br>Anne J. White<br>Klieman Lyons Schindler and Gross<br>21 Custom House Street<br>Boston, MA 02110<br>Telephone number: (617)443−1000 |

### Meeting of Creditors

Date: **November 25, 2008**      Time: **10:30 AM**

Location: **Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/24/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Deadline for Debtor(s) to attend a Financial Management Training approved by the UST:** Forty−five days from the first date set for the §341 meeting. Failure to file a debtor(s) certificate of completion with the Court will prevent the entry of the Debtor(s) discharge.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608<br>Telephone number: 508−770−8900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: 10/27/08 |

**EXPLANATIONS** FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Debtor(s) Financial Management Training Deadline | The Debtor(s) discharge will not enter if the Debtor(s) fails to attend a financial management training program approved by the US Trustee or if the Debtor(s) attends such training and fails to file a debtor(s) certificate of completion with the U.S. Bankruptcy Court. This training is in addition to the prebankruptcy counseling requirement. A list of approved courses may be obtained from the U.S. Trustee office or from the Court website at www.mab.uscourts.gov. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0101-4           User: admin                  Page 1 of 1                   Date Rcvd: Oct 27, 2008
Case: 08-43347                 Form ID: b9aauto             Total Served: 23


The following entities were served by first class mail on Oct 29, 2008.
db          +Ivan D. Mejia,   15 Clare Street, Apt #2,   Lowell, MA 01854-3103
jdb         +Alejandra M Estrada,   934 Westford Street,   Lowell, MA 01851-2829
aty         +Louis S. Haskell,   Law Office of Louis S. Haskell,   16 Pine Street,   Suite 2,
              Lowell, MA 01851-3100
aty          Rian Vernon,   Harmon Law Offices, PC,   P.O. Box 610345,   Newton Highlands, MA 02461-0345
tr          +Anne J. White,   Klieman Lyons Schindler and Gross,   21 Custom House Street,
              Boston, MA 02110-3507
smg         +Commonwealth of Massachusetts,   DIV OF UNEMPLOYMENT ASSISTANCE,   ATTN BANKRUPTCY UNIT 5TH FLOOR,
              19 STANIFORD STREET,   Boston, MA 02114-2502
smg          MASS DEPT OF REVENUE,   BANKRUPTCY UNIT,   PO BOX 9564,   Boston, MA 02114-9564
smg         +UNITED STATES ATTORNEY,   ONE COURTHOUSE WAY,   SUITE 9200,   BOSTON, MA 02210-3013
smg          US DEPARTMENT OF LABOR,   EMPLOYEE BENEFITS,   JFK FEDERAL BUILDING,   ROOM 575,
              Boston, MA  02203
16720152    +ADVANCED CALL CENTER TECH,   P.O. BOX 8457,   JOHNSON CITY, TN 37615-0457
16720153    +BANK OF AMERICA,   P.O BOX 15726,   WILMINGTON, DE 19886-5726
16720155    +CITY OF LOWELL,   TREASURER'S OFFICE,   P.O. BOX 368,   LOWELL, MA 01853-0368
16720156    +COUNTRYWIDE HOME LOAN,   PO BOX 660694,   DALLAS, TX 75266-0694
16720158    +DIGITAL FEDERAL CREDIT,   220 DONALD LYNCH BLVD,   P.O. BOX 9130,   MARLBOROUGH, MA 01752-9130
16720159    +ENCORE RECEIVABLE MANAGE.,   P.O. BOX 47248,   OAK PARK, MI 48237-4948
16720160    +GMAC,   PROCESSING CENTER,   P.O. BOX 830069,   BALTIMORE, MD 21283-0069
16720161    +HARMON LAW OFFICES, P.C.,   150 CALIFORNIA STREET,   NEWTON, MA 02458-1005
16720162    +JEANNE D'ARC CREDIT UNION,   P.O. BOX 1238,   LOWELL, MA 01853-1238
16720163    +JEANNE D'ARC CREDIT UNION,   658 MERRIMACK STREET,   LOWELL, MA 01854-3998
16720164    +JEANNE D'ARC CREDIT UNION,   C/O VISA,   P.O. BOX 31279,   TAMPA, FL 33631-3279
The following entities were served by electronic transmission on Oct 28, 2008.
ust         +E-mail/PDF: USTPRegion01.WO.ECF@usdoj.gov Oct 28 2008 03:15:54      Richard King,
              Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
16720153    +EDI: BANKAMER2.COM Oct 28 2008 10:10:00      BANK OF AMERICA,   P.O BOX 15726,
              WILMINGTON, DE 19886-5726
16720154    +EDI: CHASE.COM Oct 28 2008 09:45:00      CHASE,   P.O. BOX 15153,   WILMINGTON, DE 19886-5153
16720157    +EDI: RCSDELL.COM Oct 28 2008 08:56:00      DELL FINANCIAL SERVICES,   P.O. BOX 6403,
              CAROL STREAM, IL 60197-6403
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Federal National Mortgage Association
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2008**            **Signature:** _/s/ Joseph Speetjens_