Form 8
(10/05)

# United States Bankruptcy Court
### District of Massachusetts

In re  Ivan D. Mejia
Alejandra M. Estrada
Debtor(s)

Case No.  08-43347
Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 15 Clare Street Lowell, MA 01854 | Countrywide Home Loan | X | | | |
| 15 Clare Street Lowell, MA 01854 | Countrywide Home Loan | X | | | |
| 934 Westford Street Lowell, MA 01851 | GMAC | X | | | |
| 934 Westford Street Lowell, MA 01851 | Jeanne D'Arc Credit Union | X | | | |
| 2003 Mitsubishi Montero Mileage: 39,000 | Digital Federal Credit | Debtor will retain collateral and continue to make regular payments. | | | |
| 2005 Mitsubishi Galant Mileage: 35,000 | Jeanne D'Arc Credit Union | Debtor will retain collateral and continue to make regular payments. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  November  4, 2008

Signature  /s/ Ivan D. Mejia
Ivan D. Mejia
Debtor

Date  November  4, 2008

Signature  /s/ Alejandra M. Estrada
Alejandra M. Estrada
Joint Debtor