UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re:<br>Alejandra M. Estrada a/k/a Alejandra M. Estrada-Alvarez and Ivan D. Mejia AKA Ivan D Mejia-Yepes,<br>Debtors. | CHAPTER 7<br>CASE NO. 08-43347-JBR |

### Order Granting Federal National Mortgage Association Relief From The Automatic Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Federal National Mortgage Association, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Ivan Mejia and Alejandra M. Estrada a/k/a Alejandra M. Estrada-Alvarez to Mortgage Electronic Registration Systems, Inc., dated October 25, 2004 and recorded with the Middlesex County Registry of Deeds at Book 18021, Page 121 which covers the premises located at 934 Westford Street, Lowell, MA 01851, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

Honorable Joel B. Rosenthal
United States Bankruptcy Judge

200804-1015

*Joel B. Rosenthal*

11/5/2008

5