**Certificate Number: 02114-MA-DE-005874090**
**Bankruptcy Case Number: 0843347**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 01/15/09, at 12:40 o'clock AM EST, Ivan D Mejia completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District Of Massachusetts.

**Title:**  **Bankruptcy Program Director**                                                                                      **Date:  01.15.09**
**By:** /**s/Doug Erickson**

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@ccsinc.org
Website: www.ccsbankruptcy.org
Tax ID: 58-0942924

1