**Certificate Number: 02114-MA-DE-005879047**
**Bankruptcy Case Number: 0843347**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 01/15/09, at 12:27 o'clock PM EST, Alejandra M Estrada completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District Of Massachusetts.

**Title:** __**Bankruptcy Program Director**__   **Date:** __**01.15.09**__
**By:** /__**s/Doug Erickson**__

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1