**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Ivan D. Mejia and Alejandra M Estrada<br>              Debtor, | Chapter: 7<br>Case No: 08–43347<br>Judge Joel B. Rosenthal |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that Anne J. White, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:3/3/09                                                                                          By the Court,

                                                                                                      Joel B. Rosenthal
                                                                                                      U.S. Bankruptcy Judge